The People of the State of New York ex rel. John Franklin Perrine, Appellant, v. Maurice E. Connolly, as President of the Borough of Queens of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. Theodore R. Unger, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Matilda Raap, Respondent, v. First Methodist Episcopal Church in Flushing, Appellant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

William J. Rague, Appellant, v. New York Evening Journal Publishing Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.